IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CAROLYN IRBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 108-054 |
| | ) | |
| WAL-MART STORES EAST, LP., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motion for sanctions is **GRANTED IN PART**. Plaintiff shall pay Defendant's attorney's fees and expenses generated by Defendant's attempts to receive discovery information and the preparation of the resultant motion for sanctions.[1]

SO ORDERED this 29 day of October, 2008, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

---

[1] As such, defense counsel shall re-submit its request for expenses incurred in its attempts to receive discovery and preparation of the resultant motion to dismiss within fifteen (15) days of the date of this Order; Plaintiff should then have fifteen (15) days to respond to that filing.